Metropolitan Transportation Authority, Plaintiff, v. County of Nassau, Defendant.

740

Hopkins, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.